TONISHA SPEARS ET AL. *v.* BENIGA GARCIA ET AL.

The petition by the defendants, the city of Bridgeport and the Bridgeport fire department, for certification for appeal from the Appellate Court, 66 Conn. App. 669 (AC 20487), is granted, limited to the following issue:

"Does General Statutes § 52-557n permit a plaintiff to bring a direct cause of action in negligence against a municipality?"

The Supreme Court docket number is SC 16676.

*Arthur C. Laske III,* assistant city attorney, in support of the petition.

*Karen E. Souza,* in opposition.

Decided January 17, 2002

━━━━━

FIRST NATIONAL BANK OF CHICAGO *v.* PETER
LUECKEN ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 66 Conn. App. 606 (AC 21696), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Kevin L. Burns,* in support of the petition.

*David F. Borrino,* in opposition.

Decided January 17, 2002